**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Humperdink's Six Flags Drive, Ltd. |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

  2  0  –  1  7  3  0  9  8  0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **700 Six Flags Drive** | **PO Box 542465** |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| **Arlington**   **TX**   **76011** | **Dallas**   **TX**   **75354** |
| City    State   ZIP Code | City    State   ZIP Code |
| **Tarrant** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City    State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Humperdink's Six Flags Drive, Ltd.**        Case number (if known) _____

| | |
|---|---|
| 7. **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor **Humperdink's Six Flags Drive, Ltd.**                    Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ MM / DD / YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street
_____
_____
City _____ State _____ ZIP Code _____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Humperdink's Six Flags Drive, Ltd.**                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |
| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/06/2019**
                MM / DD / YYYY

X **/s/ John McMurray** _____          **John McMurray** _____
     Signature of authorized representative of debtor          Printed name

Title **Member of General Partner** _____

**18. Signature of attorney**

X **/s/ Howard Marc Spector** _____          Date **02/06/2019** _____
     Signature of attorney for debtor                                         MM / DD / YYYY

**Howard Marc Spector** _____
Printed name

**Spector & Johnson, PLLC** _____
Firm name

**12770 Coit Road** _____
Number          Street

**Suite 1100** _____

**Dallas** _____          **TX**          **75251** _____
City                                               State          ZIP Code

**(214) 365-5377** _____          **hms7@cornell.edu** _____
Contact phone                                     Email address

**00785023** _____          **TX** _____
Bar number                                        State

**Fill in this information to identify the case:**

Debtor name   **Humperdink's Six Flags Drive, Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Veritex Bank 17950 Preston Road Suite 100 Dallas, TX 75252 | | | | $342,742.17 | $0.00 | $342,742.17 |
| 2  John McMurray 4224 Millview Lane Dallas, TX 75287 | | | | $156,549.33 | $0.00 | $156,549.33 |
| 3  Sysco Food Services of Dallas, LP P.O. Box 560700 Lewisville, TX 75056-0700 | | | | $87,800.10 | $0.00 | $87,800.10 |
| 4  Ron Wright, Tarrant County Property Tax PO Box 961018 Fort Worth, TX 76161-001 | | | | $56,635.73 | $0.00 | $56,635.73 |
| 5  Midland Loan Services Spirit Realty Capital 6242 E 41st Tulsa, OK 74135 | | | | $31,846.23 | $0.00 | $31,846.23 |

Debtor   **Humperdink's Six Flags Drive, Ltd.**                           Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Hardie's P.O. Box 671554 Dallas, TX 75267-1554 | | | | $8,033.59 | $0.00 | $8,033.59 |
| 7  Ron Wright, Tarrant County Property Tax PO Box 961018 Fort Worth, TX 76161-001 | | | | $7,286.83 | $0.00 | $7,286.83 |
| 8  Halperns' Steak & Seafood PO Box 116421 Atlanta, GA 30368-6421 | | | | $3,020.37 | $0.00 | $3,020.37 |
| 9  Hill Country Dairies PO Box 80467 Austin, TX 78708 | | | | $1,646.05 | $0.00 | $1,646.05 |
| 10  Sesac, Inc. 55 Music Square East Nashville, TN 37203 | | | | $1,483.00 | $0.00 | $1,483.00 |
| 11  ASCAP 2675 Paces Ferry Rd, SE Ste#350 Atlanta, GA 30339 | | | | $1,423.81 | $0.00 | $1,423.81 |
| 12  BMI 10 Music Square East Nashville, TN 37203 | | | | $1,415.88 | $0.00 | $1,415.88 |
| 13  Henry's Homemade Ice Cream 3100 Independence Parkway, Suite 215 Plano, TX 75075 | | | | $1,257.41 | $0.00 | $1,257.41 |

Debtor  __**Humperdink's Six Flags Drive, Ltd.**_____  Case number (if known) _____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14　R L Schreiber, Inc<br>　　P.O. Box 95000-5970<br>　　Philadelphia, PA 19195-<br>　　5970 | | | | $1,168.94 | $0.00 | $1,168.94 |
| 15　Mckenzie Chase<br>　　Management<br>　　PO Box 30550<br>　　Seattle, WA 98113 | | | | $1,095.51 | $0.00 | $1,095.51 |
| 16　ECR Systems<br>　　11969 Plano Rd. Ste#100<br>　　Dallas, TX 75243 | | | | $309.60 | $0.00 | $309.60 |

**Fill in this information to identify the case and this filing:**

Debtor Name    **Humperdink's Six Flags Drive, Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/06/2019**          X **/s/ John McMurray**
MM / DD / YYYY              Signature of individual signing on behalf of debtor

                          **John McMurray**
                          Printed name

                          **Member of General Partner**
                          Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Humperdink's Six Flags Drive, Ltd.**                    CASE NO

                                                                    CHAPTER    **11**

## **<u>VERIFICATION OF CREDITOR MATRIX</u>**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _2/6/2019_____          Signature _/s/ John McMurray_____
                                                                    *John McMurray*
                                                                    *Member of General Partner*


Date _____          Signature _____

ASCAP
2675 Paces Ferry Rd, SE Ste#350
Atlanta, GA 30339


BMI
10 Music Square East
Nashville, TN 37203


ECR Systems
11969 Plano Rd. Ste#100
Dallas, TX 75243


Halperns' Steak & Seafood
PO Box 116421
Atlanta, GA 30368-6421


Hardie's
P.O. Box 671554
Dallas, TX 75267-1554


Henry's Homemade Ice Cream
3100 Independence Parkway, Suite 215
Plano, TX 75075


Hill Country Dairies
PO Box 80467
Austin, TX 78708


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


John McMurray
4224 Millview Lane
Dallas, TX 75287

Mckenzie Chase Management
PO Box 30550
Seattle, WA 98113


Midland Loan Services
Spirit Realty Capital
6242 E 41st
Tulsa, OK 74135


Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699


R L Schreiber, Inc
P.O. Box 95000-5970
Philadelphia, PA 19195-5970


Ron Wright, Tarrant County Property Tax
PO Box 961018
Fort Worth, TX 76161-001


Sesac, Inc.
55 Music Square East
Nashville, TN 37203


Sysco Food Services of Dallas, LP
P.O. Box 560700
Lewisville, TX 75056-0700


Veritex Bank
17950 Preston Road Suite 100
Dallas, TX 75252